NUMBER 13-06-225-CV

 

                                      COURT OF APPEALS

 

                            THIRTEENTH DISTRICT OF TEXAS

 

                              CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

WILLIAM CITRANO,                                                                               Appellant,

 

                                                             v.

 

BINION
LAND & CATTLE COMPANY, INC., ET AL.,                                  Appellees.

_________________________________________________________

 

                               On appeal from the 146th
District Court

                                              of Bell
County, Texas.

_________________________________________________________

 

                                 MEMORANDUM OPINION

 

                                       Before
Justices Rodriguez, Castillo, and Garza

Memorandum Opinion Per Curiam

 








Appellant, WILLIAM CITRANO,
perfected an appeal from a judgment entered by the 146th
District Court of Bell County, Texas, in cause number 197,064-B.  After the notice
of appeal was filed, appellant filed a motion to dismiss the appeal.  In the motion, appellant states that he no
longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents
on file and appellant=s motion to dismiss the appeal, is of the
opinion that the motion should be granted. 
Appellant=s motion to dismiss is granted, and the
appeal is hereby DISMISSED.

 

PER CURIAM

Memorandum
Opinion delivered and filed this

the 25th day of May, 2006.